UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
WICHITA DIVISION

| | | |
|---|---|---|
| ROBERT CASEY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.  12-CV-1066-JAR-KMH |
| | ) | |
| | ) | |
| SURE CHECK BROKERAGE, INC. | ) | |
| | ) | |
| Defendant, | ) | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

ROBERT CASEY (Plaintiff), by the undersigned counsel, and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions – Voluntary Dismissal By Plaintiff Without Court Order) voluntary dismisses, with prejudice, SURE CHECK BROKERAGE, INC. (Defendant), in this case.

Both sides to bear their own costs and expenses.

This 4th day of January, 2013.

BY:        /s/ Raymond E. Probst, Jr.
Raymond E. Probst, Jr.
KS Bar No. 20370
Attorney for Plaintiff
827 Armstrong Avenue
Kansas City, KS  66101
(913) 281-0699

Of Counsel to:
Alex Simanovsky & Associates, LLC
2300 Henderson Mill Road, Suite 300
Atlanta, Georgia 30345
(678) 781-1012
alex@fdcpalawyeronline.com